**From:** Kaela Lombardi
**Sent:** Tue, 29 Oct 2024 23:01:09 +0000
**To:** Blu Kasadu
**Subject:** Re: ORI

Hello Blu,

I reviewed the document you sent me, and ORI is the correct grant. I apologize for not connecting the two. I spoke with our director of housing, who oversees all housing budgets, regarding the allowable expenses which list pet rent and internet, and they are not services we provide. Though the manual lists them as allowable expenses we are not required to provide them, our contract regarding funds and our budget does not include those items. Please let me know if you have any additional questions.

Best,

**Kaela Lombardi**
she/her
Program Manager, The ARCHES Project
Mid-Willamette Valley Community Action Agency
Phone #: 503-399-9080 Ext. 4032



CONFIDENTIALITY NOTICE: This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears that you have received this e-mail in error, please immediately notify the sender, keep the contents confidential, and immediately delete the message and any attachments from your system.
**From:** Blu Kasadu <D4vyJ0n3513@proton.me>
**Sent:** Tuesday, October 29, 2024 3:48 PM
**To:** Kaela Lombardi <kaela.lombardi@mwvcaa.org>
**Subject:** ORI

Greetings Kaela,

Thank you for meeting with me today. Enclosed is the Oregon Rehousing Initiative Program Guidance.

The "ORY" you referred to may actually be "ORI" as in "Oregon Rehousing Initiative".

Page 4 paragraph 4 uses the acronym.

Page 13, article 12 (Supportive Services) discusses how the funds "should be used to help individuals achieve a greater level of housing security through supportive services. Supportive services are those necessary to provide a household with safe and stable housing."

Eligible expenses include furniture and household goods such as bedding, cookware, bath towels, etc. That would be part of the $1,500 barrier removal funds that ARCHES did not allocate to clients this quarter.

Page 23, Article 21 (Rapid Rehousing) discusses how the funds are "primarily intended to support rapid rehousing activities".

This includes:
"- Housing costs such as rental assistance (up to 24 months per household) and security deposit (inclusive of first, last, pet rent, and if accepted by landlord as incentive, forward rent), renter's insurance, and late fees.

- Utility payments and arreages (utilities include water, sewer, garbage, gas, electricity, phone, internet)."

------

Namaste aloha,



**Bleauregard von Kasadu (Blu)**
Chair & CEO | Kasadu Enterprise

**E:** d4vyj0n3513@proton.me

**linktr.ee/Blu_Kasadu**

The content of this email is confidential and intended for the recipient specified in message only. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Sent with Proton Mail secure email.

Transitional Shelter Program

# Shelter Rules & Expectations

*Effective: 08/2023*



EQUAL HOUSING
OPPORTUNITY

# Index

| HEADING | PAGE | HEADING | PAGE |
|---|---|---|---|
| Client Rights.............................. | 1 | Building Rules ............................. | 14 |
| Social Conduct............................ | 2 | Bed Bug Prevention & Control .......... | 15 |
| Eligibility................................... | 4 | Fire / Safety ............................... | 17 |
| Application Process ...................... | 4 | Smoking / Smokeless Tobacco ........ | 17 |
| Case Management Plan ................. | 5 | Meals / Food Storage .................... | 18 |
| Treatment Plan............................ | 6 | Room Use Rules .......................... | 18 |
| Disciplinary Action........................ | 7 | Bed Inspection ............................ | 19 |
| Grievances ................................ | 7 | Personal Possessions / Storage ....... | 20 |
| Discharge .................................. | 9 | Personal Medical Care/ Medications. | 20 |
| Discharge Procedure..................... | 11 | Transportation ............................. | 21 |
| Re-Admission ............................. | 11 | Computers .................................. | 21 |
| Savings .................................... | 12 | Television Area ............................ | 21 |
| Fraternization ............................. | 12 | Mail .......................................... | 21 |
| Sexual Harassment ...................... | 12 | Laundry Room ............................. | 21 |
| Gender Respect .......................... | 13 | Personal Hygiene ......................... | 22 |
| Community House Meetings ............ | 13 | Pets ......................................... | 22 |
| Leaving the Facility / Passes .......... | 14 | Program Rules and Expectations Overview – Initial and Sign............... | 23 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



EQUAL HOUSING
OPPORTUNITY

## Social Conduct

A. The program welcomes and supports clients of various abilities, economic, social, racial, religious backgrounds, and sexual orientations.  Mutual respect is necessary in order for the facility to remain a safe place.  Clients are expected to behave in a respectful manner with other clients, staff, and visitors.

B. Shelter Programs are not a "clean and sober" program. *The property* is drug-free and alcohol-free.  Zero tolerance is practiced for drug or alcohol on site. Any contraband, (i.e. drug paraphernalia, illicit prescriptions and other items that may or may not be exclusive on this list.) will be confiscated if found on grounds or in building and subject is likely to be discharged immediately. All clients and visitors will abide by this policy.

C. Any behavior or conduct that jeopardizes the treatment of other clients in the therapeutic community or disrupts the living environment will not be tolerated (for example: intimidating behavior, unmanageable antisocial or narcissistic behavior, theft of property, exploitation of others).

D. Violence in any form will not be tolerated.  Violence includes but is not limited to physical violence; hitting; spitting; shoving; name calling; threats of violence (verbal or non-verbal); racial slurs; sexist/homophobic or other hate language; demeaning verbal comments; sexual harassment; intimidation; destruction of property.

E. Situations that in staff's best judgment could represent a risk to any person shall require law enforcement authorities to be notified immediately.  The program will pursue legal prosecution when required.

F. Weapons or ammunition of any type, including but not limited to guns, BB guns, knives, box cutters, mace, fireworks, explosives, look-alike weapons, and any other item commonly or potentially used as a weapon are prohibited.  Weapons must be turned in to staff at enrollment and may be retrieved when leaving the property. Keeping weapons in your vehicle on the grounds is not permitted. Any and all weapons will be confiscated if found on grounds or in building and subject is likely to be discharged immediately.

G. Clients shall not engage in criminal activity, including drug-related criminal activity, on the premises.  Clients shall not permit any visitor to engage in criminal activity on the premises or permit the facility to be used for or to facilitate criminal activity.

H. Respect the property of other clients and staff.  Do not take items that do not belong to you. Clients are asked to report any missing or stolen items to staff immediately.  The facility assumes no responsibility for damages for loss of money, valuables, or personal property of any client.

I. Discrimination of any type (racial, sexual, cultural, physical, etc.) will not be tolerated.

J. Sexual harassment, sexual contact, sexually suggestive comments, and/or sexual offers will not be tolerated on the premises or in the vicinity of the program. **There is a ZERO tolerance policy for sexual misconduct toward staff or other residents.**

K. Clients will neither display nor view any inappropriate/offensive materials anywhere in the building.  No pornographic/ "sexually suggestive" material shall be viewed, displayed or shared in public areas on the premises, including computers, phones, pictures, t-shirts,

posters. Any and all items listed above, but not exclusive to this list, will be confiscated if found on grounds.

L.  Any intentional deception, falsification, or intentional omission of information at any time during the admission process or after having been admitted to the program will not be tolerated.

M.  Clients will respect the privacy of each other and staff.

N.  Clients are expected to maintain personal hygiene on a daily basis (shower, shave, etc.), and maintain a clean, well-groomed, and properly attired appearance both inside and outside the facility.

O.  All clients are to maintain the cleanliness of their immediate living areas. These areas will be periodically inspected by staff.

P.  Tips, gifts or business transactions between clients and staff are not permitted, including but not limited to the following:

- The lending or borrowing of money, regardless of the amount

- The payment for services, such as washing cars, working around staff members' homes, etc.

- The selling of items between clients and staff.

Q.  Fraternization is defined as, but not limited to: sexual contact between staff and client; social contact between staff and client other than that scheduled by the program; or asking questions of a personal or sexual nature. Physical or intimate relations of a sexual nature between the following are strictly prohibited:

- Clients and staff

- Clients and clients

R.  Clients are expected to comply with all program rules and policies, and directions given by staff.



ACKNOWLEDGEMENT OF RECEIPT

RECEIPT OF PROGRAM POLICIES AND PROCEDURES

I acknowledge that I have received a copy of ARCHES Sheltering Policies and Procedures Handbook, which is effective April 28, 2023 and that I have been given adequate opportunity to read it. I further acknowledge that I have been given an opportunity to ask questions about any terms or conditions that I do not understand and I acknowledge that ARCHES Sheltering has responded to my questions. If I have any questions about ARCHES Sheltering policies and procedures in the future, I understand that I should consult the Program Manager.

I understand that ARCHES Sheltering reserves all rights necessary to the efficient and orderly management of its services and that the Handbook is intended to be a guideline to its practices, not a contract. This Handbook and policies are only a statement of ARCHES Sheltering regulation, which from time to time can be changed, amended or disregarded when, in the opinion of the Executive Director, circumstances so require for the management of ARCHES Sheltering services.

_Blu  Kasadu_
Signature

_Blu  Kasadu_
Print Name

_11-29-2023_
Date

_R. Morales_
ARCHES Sheltering Representative

_11/29/23_
Date

Last Updated 8/17/23

App-31



**Policy and Document Receipt**

This is a verification that you have been explained the following policies as they apply to your participation in ARCHES Sheltering by initialing and signing this document you acknowledge that you have also received a copy of the documents listed.

Please read the following and initial on the line if you have been presented and understand the following policy as it applies to your program participation:

_____ Client Participation/ Mutual Respect/ Anti-Discrimination/Dispute Resolution Process

_____ Grievance and Appeals Policy

_____ Relocation Policy

_____ Re-admission Guidelines

_____ Reasonable Accommodation

_____ VAWA Policy

_____ Policy and Procedures Agreement

_____ Policy and Procedures Client Copy

_____     11-29-2023
Client Signature                          Date

_____     _____
Client Signature                          Date

_____     11/29/23
ARCHES Sheltering Representative Signature     Date

Last Updated 4/25/23

App-32

## <u>Mid – Willamette Valley Community Action Agency</u>
## <u>ARCHES – Marion County Rapid Rehousing Program</u>

### <u>Agreement to Participate Form</u>

_____I understand that Marion County Rapid Rehousing Program (MC RRH) is a rental assistance program to be provided for **a limited amount of months**, with eligibility being re-evaluated at the end contract. In the event that a household applies for an extension beyond the contract terms the following is required:

- The household still meets the eligibility requirements of MC RRH.
- **All adults** in the household are participating in case management
- Request for extension in writing from the household, a recommendation from the Case Manager, and approval of the Program Manager.

_____I understand that extensions will only be considered if the household is complying with their case management and abiding by the lease/rental agreement.

_____I understand that households may be required to contribute a **_minimum_** of 30% of their household _adjusted gross income_ to rent and utilities each month.

_____I understand that as a participant in MC RRH that I will be asked to participate in a self-sufficiency program. With the assistance of my case manager, I will establish goals and to work towards these goals during duration of my time enrolled with MC RRH.

_____I understand that I will be required to maintain contact with my case manager, not less than once monthly, to regularly discuss progress on: My goals, document payment of basic expenses, provide proof of income, and other self-sufficiency elements as agreed to in my Action Plan.

_____I understand that I will maintain contact with my case manager by returning all phone calls within 24 hours of receiving them, and attending all scheduled appointments with my case manager.

_____I understand that no one can be added to my household without first obtaining permission from my landlord and MC RRH.

_____I understand that if I am in non-compliance for any reason, I will be notified in writing. My case manager may first give me a warning of non-compliance. If I fail to cooperate after this warning, I will be notified in writing of my termination from MC RRH. I will be given 30 days to file an appeal of this decision.

My signature below indicates that I have read & understood the requirements I must meet in order to receive MC RRH assistance. I also understand that if I do not meet all program requirements, I may lose my rental assistance. Based on the above, I agree to participate in the MC RRH Self-Sufficiency Program.

_____          3-5-2024
Applicant's signature                                         Date


_____          _____
Marion County RRH representative's signature      Date

Appendix 4 -- Kasadu and Diaz, Behavior Modification Contract, MWVCAA (Feb. 11, 2025)



# Behavior Modification Contract

l, _Bleauregard Kasadu_____, confirm that I have spoken with my case manager regarding my behavior and agree to the terms of the behavior modification below.

## Behavior/s that is/are requiring modification:

1. __ **Sexual Harassment towards a staff member (see notes) .**

2. __ **Unwanted gifts given to a staff member from client (see notes).**

3. __

4. _____

## Client Identified needs to adhere to behavior modification:

1. _____
2. _____
3. _____
4. _____

## Client Identified strategies to adhere to behavior modification:

1.

_____

_____

2.

_____

_____

3.

_____

_____

4.

Appendix 4 – Kasadu and Diaz, Behavior Modification Contract, MWVCAA (Feb. 11, 2025)



**COMMUNITY ACTION**

If the goals and objectives of the contract have been met, you may be taken off the behavior contract status. If you do not meet the goals and objectives of this contract in 30 days, or behaviors and attitudes continue to disrupt yours/others ability to participate in the program, a review by the case team and the program manager will be conducted to initiate the disciplinary discharge process.

Client: _____ Date: 2-11-2025

Staff: _____ Date: 2/11/2025

Notes:

1. (Social Conduct, Section J). Sexual harassment, sexual contact, sexually suggestive comments, and/or sexual offers will not be tolerated on the premises or in the vicinity of the program. **There is a ZERO tolerance policy for sexual misconduct toward staff or other residents.**

2. (Social Conduct, Section P) Tips, gifts or business transactions between clients and staff are not permitted, including but not limited to the following: the lending or borrowing of money, regardless of the amount, the payment for services, such as washing cars, working around staff members' homes, etc. The selling of items between clients and staff.



**The ARCHES Project**
615 Commercial St.
Salem, OR 97301
Telephone: 503-399-9080
Fax: 503-399-9118

TO: Blueregard Kasadu
FROM: ARCHES Marion County Rapid Re-Housing Program
DATE: 02/06/2025
SUBJECT: Engagement of services


I am reaching out to inform you that we have not had recent engagement from you regarding your participation in our program. To continue receiving services, it is essential that you connect with us within the next 30 days.
If we do not hear from you by March 8th 2025, we will unfortunately have to exit you from the program. Ongoing participation requires active involvement.

Please reach out to me to schedule a meeting as soon as possible. We are here to support you, but we can only do so if you communicate with us.

Sincerely,

Michael Sukacz
Case Manager II
Marion County Rapid Rehousing
Mid-Willamette Valley Community Action Agency
615 Commercial St NE, Salem OR 97301
Phone #: 503-399-9080 Ext. 4033
Cell: 503.385.3509



A project of the Community Action Agency

**From:** Blu Kasadu
**Sent:** Fri, 07 Feb 2025 18:15:31 +0000
**To:** Kaela Lombardi
**Subject:** Re: Engagement Letter

No, that is unreasonable pending a civil lawsuit against the program for failure to render the full services offered.

If you drop me from the program despite clear communication as to what is happening with me, you can expect an additional lawsuit for violating due process.

Thank you.

Namaste aloha,



**Bleauregard von Kasadu (Blu)**
Chair & CEO | Kasadu Enterprise



**E:** d4vyj0n3513@proton.me

**linktr.ee/Blu_Kasadu**

The content of this email is confidential and intended for the recipient specified in message only. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Sent with Proton Mail secure email.

On Friday, February 7th, 2025 at 10:12 AM, Kaela Lombardi <kaela.lombardi@mwvcaa.org> wrote:

> Hello Blu,
>
> Unfortunately, an email updating MC RRH on your progress does not constitute active engagement. As we previously discussed, active engagement for you would be participation in housing navigation services, which entails searching for and applying for housing.
>
> You are welcome to complete a dispute resolution form regarding the decision to exit you from Marion County Rapid Re-Housing, due to failure to participate in housing services. The form is attached if needed.
>
> I'm not able to discuss legal action regarding MWVCAA, further communication regarding legal matters will be directed to our HR department.
>
> Best,

**Kaela Lombardi**
she/her
Program Manager, The ARCHES Project
Mid-Willamette Valley Community Action Agency
Phone #: 503-399-9080 Ext. 4032



CONFIDENTIALITY NOTICE: This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears that you have received this e-mail in error, please immediately notify the sender, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Blu Kasadu <D4vyJ0n3513@proton.me>
**Sent:** Thursday, February 6, 2025 4:57 PM
**To:** Kaela Lombardi <kaela.lombardi@mwvcaa.org>
**Subject:** Re: Engagement Letter

Hello Kaela,

Just to confirm, an email updating Rapid Rehousing Program on my progress constitutes active participation in the program?

Also, that funding was allocated well ahead of time and you have quite awhile before the deadline to spend that funding, so the program should have set it aside pending legal action. I believe there were emails passed between us, where I confirmed this to be the case.

MWVCAA may end up owing that money outright at the resolution of the case. If it cannot be confirmed that money is being set aside, it may put MWVCAA in a compromising position.

Thank you.

Namaste aloha,



**Bleauregard von Kasadu (Blu)**
Chair & CEO | Kasadu Enterprise



**E:** d4vyj0n3513@proton.me

**linktr.ee/Blu_Kasadu**

The content of this email is confidential and intended for the recipient specified in message only. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Sent with Proton Mail secure email.

On Thursday, February 6th, 2025 at 4:36 PM, Kaela Lombardi <kaela.lombardi@mwvcaa.org> wrote:

Hello Blu,

Thank you for your prompt response to Michael's letter regarding your engagement with MWVCAA Marion County Rapid Re-Housing (MC RRH) Program. I'm sorry to hear of your ongoing legal issues, and I hope you are able to resolve those quickly.

Regarding your engagement with MC RRH, I previously advised you on multiple occasions that if you failed to participate in housing navigation you would be exited from the program, as failure to engage and participate is not compliant with MC RRH policies. If you fail to engage, and maintain active engagement, in housing navigation services within the next 30 days you will be exited from MC RRH.

In the event that you are exited from MC RRH it will not disqualify you from receiving MWVCAA housing assistance services in the future, however I cannot give you a timeline of when you may expect to receive services again, as that is dependent upon program capacity and availability of funds.

Best,

**Kaela Lombardi**
she/her
Program Manager, The ARCHES Project
Mid-Willamette Valley Community Action Agency
Phone #: 503-399-9080 Ext. 4032



CONFIDENTIALITY NOTICE: This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears that you have received this e-mail in error, please immediately notify the sender, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Blu Kasadu <D4vyJ0n3513@proton.me>
**Sent:** Thursday, February 6, 2025 3:09 PM
**To:** Michael Sukacz <michael.sukacz@mwvcaa.org>
**Subject:** Re: Engagement Letter

As a follow-up, here are the legal cases I need to work on before leaving:

I just finished my opening brief for the eviction case. Once that is overturned, I will have the eviction taken off of my rental history allowing a broader range of choices regarding housing.

I am in the middle of filing a replevin claim to repossess my cat, Monkey.

Then I will shift gears to file a claim in federal court for injunctive relief to order MWVCAA to strike down the fraternization rule in their Transitional Shelter Program manual due to violating the fundamental right to association.

While at the federal court, I will file a claim for injunctive relief to order Marion County Circuit Court to bring forward a judgment document in case 23SK03778 for the fee waiver I requested.

Additionally, I will file a claim for injunctive relief to order the appeals court to accept my amended appeal for the eviction case.

While awaiting those, I will amend my opening brief for the stalking protective order.

Then I will go to the county civil court and file for injunctive relief to order MWVCAA to hand over their financial documents related to your program.

After that, I will pursue my other federal claims related to extensive constitutional violations that have occurred at the appeals court.

Additionally, I have a defamation claim to make at the county court.

We have a long way to go.

Namaste aloha,

Appendix 5 – Emails Between Mike, Kaela, and Blu (Feb. 6-7, 2025)



**Bleauregard von Kasadu (Blu)**
Chair & CEO | Kasadu Enterprise



**E:** d4vyj0n3513@proton.me

**linktr.ee/Blu_Kasadu**

The content of this email is confidential and intended for the recipient specified in message only. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Sent with Proton Mail secure email.

On Thursday, February 6th, 2025 at 2:47 PM, Blu Kasadu <D4vyJ0n3513@proton.me> wrote:

Greetings Mike,

There should have been a hold put on my participation due to the program's reluctance to render me the full range of services offered to me and my need to bring forward a civil claim under public records laws.

Particularly in regards to the $1,500 in barrier removal funds and why that was no longer made available to me.

I asked for financial records as per public records laws, which the program denied rendering to me.

I appealed the decision twice, and was still denied.

I have other legal cases that have taken precedence since, such as a replevin claim to recover possession of one of my cats.

In light of this email and the update given herein, there is no need to waste company funds on holding a meeting when I would end up reciting the same information.

I will update you every 30 days by email moving forward. That should suffice.

Thank you.

Namaste aloha,



**Bleauregard von Kasadu (Blu)**
Chair & CEO | Kasadu Enterprise

**E:** d4vyj0n3513@proton.me

**linktr.ee/Blu_Kasadu**

The content of this email is confidential and intended for the recipient specified in message only. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Sent with Proton Mail secure email.

On Thursday, February 6th, 2025 at 2:27 PM, Michael Sukacz <michael.sukacz@mwvcaa.org> wrote:

Michael Sukacz

Case Manager II
Marion County Rapid Rehousing
Mid-Willamette Valley Community Action Agency
615 Commercial St NE, Salem OR 97301
Phone #: 503-399-9080 Ext. 4033
Cell: 503.385.3509



☒   Book time to meet with me